UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>J. CARBULLIDO, et al.,<br><br>Defendants. | No. 2:19-cv-2550 CKD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983. The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). Plaintiff's amended complaint is before the court for screening.

Having conducted the required screening, the court finds that plaintiff may proceed on a claim arising under the First Amendment against defendants Hodgers and Carbullido with respect to plaintiff's allegations that they refused to permit plaintiff to solicit representation of counsel via a private telephone call. At this point, plaintiff has two options: 1) he may proceed on the claim described above; or 2) make an attempt to cure the deficiencies in his amended complaint

1 with respect to the other defendants and claims in a second amended complaint. If plaintiff
2 choses to amend a second time, he should refer to the court's March 27, 2020 order for guidance
3 as the problems with plaintiff's amended complaint are generally the same as the problems with
4 the original.

5 Finally, plaintiff is reminded if he elects to amend that the court cannot refer to a prior
6 pleading in order to make the second amended complaint complete. Local Rule 220 requires that
7 an amended complaint be complete in itself without reference to any prior pleading. This is
8 because, as a general rule, any amended complaint supersedes all other pleadings. See Loux v.
9 Rhay, 375 F.2d 55, 57 (9th Cir. 1967).

10 In accordance with the above, IT IS HEREBY ORDERED that plaintiff is granted 21 days
11 within which to complete and return the attached form notifying the court whether he wants to
12 proceed on a claim arising under the First Amendment against defendants Hodgers and
13 Carbullido with respect to plaintiff's allegations that they refused to permit plaintiff to solicit
14 representation of counsel via a private telephone call or wants leave to file a second amended
15 complaint. If plaintiff does not return the form, this action will proceed on the claims described
16 above.

17 Dated: December 2, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
tayl2250.op

2

1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

13
14
15
16
17
18

| KENNETH LEE TAYLOR,     | No. 2:19-cv-2152 TLN CKD P |
|---|---|
| Plaintiff, | |
| v. | PLAINTIFF'S NOTICE OF |
| J. CARBULLIDO, et al., | HOW TO PROCEED |
| Defendants. | |

19  Check **one**:

20  _____ Plaintiff wants to proceed immediately on a claim arising under the First Amendment

21  against defendants Hodgers and Carbullido with respect to plaintiff's allegations that they refused

22  to permit plaintiff to solicit representation of counsel via a private telephone call.

23  _____ Plaintiff wants time to file a second amended complaint.

24  DATED:

25
  _____
26
  Plaintiff
27
28

3