UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR, | No. 2:19-cv-2550 CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. CARBULLIDO, et al., | |
| Defendants. | |

On October 25, 2021, the court ordered defendants Hodgers and Carbullido (defendants) to file their answer within 14 days.  Defendants complied by filing their answer on November 8, 2021.  On November 18, 2021, the court received a motion submitted by plaintiff asking that the defendants be held in default and sanctioned for not filing a timely answer.  As defendants' answer was timely filed on November 8, 2021, IT IS HEREBY ORDERED that plaintiff's November 18, 2021 motion is denied.   Because it is possible plaintiff never received defendants' answer, defendants shall re-serve the answer within 7 days and file a certificate of service with the court.

Dated:  November 30, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/tayl2550.def