UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LEE TAYLOR,

   Plaintiff,

v.

J. CARBULLIDO, et al.,

   Defendants.

No.   2:19-cv-2550 KJM CKD P

ORDER

Plaintiff requests an extension of the discovery cutoff date.  Defendants do not oppose the request.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's June 21, 2022, motion for an extension of time (ECF No. 49) is granted; and

2. Discovery will close September 1, 2022.  All pretrial motions, except motions to compel discovery, shall be filed on or before November 1, 2022.

Dated: June 23, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
tayl2550.36sec

1