IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH LEE TAYLOR,**<br><br>Plaintiff,<br><br>v.<br><br>**J. CARBULLIDO, et al.,**<br><br>Defendants. | Case No. 2:19-cv-02550-KJM-CKD (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER** |

Defendants Correctional Counselors J. Carbullido and C. Hodgers (collectively, the Counselors) moved to extend the January 20, 2023 deadline to file their reply to Plaintiff Kenneth Lee Taylor's opposition to their summary judgment motion by 14 days. Having read and considered the Counselors' motion to modify and the declaration of defense counsel supporting the motion, and for good cause appearing, the Counselors' motion is **GRANTED**. The Counselors may file their reply on or before February 3, 2023.

**IT IS SO ORDERED**.

Dated: January 17, 2023

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE