UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. CARBULLIDO, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-2550 KJM CKD P<br><br><br>ORDER |

On May 22, 2023, plaintiff filed a motion asking that this matter be stayed 90 days as plaintiff had contracted Covid-19. As defendants' motion for summary judgment is fully briefed and pending before the court, and there are no matters which require plaintiff's immediate attention, however, his motion for a stay (ECF No. 65) is denied.

Dated: July 11, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
tayl2550.90